UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STAFFORD Y. L. MEW,

　　　　Petitioner,

　　v.

UNITED STATES OF AMERICA,

　　　　Respondent.

Case No. CR94-5246FDB

ORDER DENYING EXTENSION OF TIME TO FILE REPLY

Petitioner seeks additional time to file a reply to the Government's response to his Petition for Writ of Error Audita Querela, stating that he did not receive the Government's response until March 30, 2009. Petitioner's reply was due April 3, 2009.

Petitioner Mew has previously petitioned for a reduction of sentence based on Amendment 634, as well as challenging his sentence on other bases. Petitioner has not sought permission to bring a second or successive Section 2255 petition. Petitioner fully articulated his arguments in a 31-page petition plus attachments. Under the circumstances, the request for an extension of time to file a reply will be denied. NOW, THEREFORE,

IT IS ORDERED: Petitioner Mew's request for additional time to prepare his reply [Dkt. # 585] is DENIED.

DATED this 13th day of April, 2009.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1